ASCENSION LAW GROUP
PAMELA TSAO( 266734)
2030 E. 4th Street
Suite 205
Santa Ana, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

JS-6

Attorneys for Plaintiff STEVEN NGO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN NGO, an individual<br><br>    Plaintiff,<br><br>    vs.<br><br>TRF CROSSROADS LLC, a limited liability company,<br><br>    Defendants. | Case No.: 2:16-CV-06743-JFW-GJSx<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. John F. Walter presiding] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice.  Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated November 17, 2016

_____
Judge, United States District Court,
Central District of California